Abrams, R.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE DE LA ROSA,

                     Plaintiff,

- against -

SP WEST 33-34 LLC, AMC ENTERTAINMENT INC. A/K/A LOEWS, CHIPOTLE MEXICAN GRILL, INC., FGNY W34, LLC, BISTRO MARKETPLACE 17 INC., DUNKIN BRANDS, INC., WESTSIDE DONUT 34TH STREET VENTURES LLC, GROUP INDUSTRIES INC., AND QCE HOLDING LLC,

                     Defendants.

13-CV-1574 (RA)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys that this action and all claims asserted by plaintiff against defendants, Westside Donut 34th Street Ventures LLC and Dunkin Brands, Inc., are dismissed with prejudice and without costs or attorneys' fees.

Dated:  New York, New York
         October 10, 2013

PARKER HANSKI LLC

_____
Glen H. Parker, Esq.
Adam S. Hanski, Esq.
*Attorneys for Plaintiff*
40 Worth Street, 10th Floor
New York, New York 10013
212-248-7400
ash@parkerhanski.com
ghp@parkerhanski.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Peter T. Shapiro, Esq.
*Attorneys for Defendants Westside Donut 34th Street Ventures LLC and Dunkin Brands, Inc.*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
peter.shapiro@lewisbrisbois.com

4828-2106-9331.1

SO ORDERED:

_____
U.S.D.J.

10/25/13

4835-0261-4038.1