Abrams, R.

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYCE DE LA ROSA,

        Plaintiff,

- against -

SP WEST 33-34 LLC, AMC ENTERTAINMENT INC. A/K/A LOEWS, CHIPOTLE MEXICAN GRILL, INC., FGNY W34, LLC, BISTRO MARKETPLACE 17 INC., DUNKIN BRANDS, INC., WESTSIDE DONUT 34TH STREET VENTURES LLC, GROUP INDUSTRIES INC., AND QCE HOLDING LLC,

        Defendants.

13-CV-1574 (RA)

STIPULATION AND ORDER OF DISMISSAL OF SP WEST 33-34 LLC'S CROSS-CLAIM

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys that the Cross-Claim contained in the Answer of Defendant SP West 33-34 LLC against Defendants Westside Donut 34th Street Ventures LLC and Dunkin Brands, Inc. is dismissed without costs or attorneys' fees.

Dated:  New York, New York
         October 10, 2013

GORDON & REES, LLP

_____
Christopher A. Seacord, Esq.
*Attorneys for Defendant SP West 33-34 LLC*
90 Broad Street, 23rd Floor
New York, New York 10004
212-269-5500

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
Peter T. Shapiro, Esq.
*Attorneys for Defendants Westside Donut 34th Street Ventures LLC and Dunkin Brands, Inc.*
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
peter.shapiro@lewisbrisbois.com

SO ORDERED:

_____
U.S.D.J.

10/30/13

4845-7144-0662.1