```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOYCE DE LA ROSA

                      Plaintiff,

v.

SP WEST 33-34 LLC, AMC ENTERTAINMENT INC.
A/K/A LOEWS, CHIPOTLE MEXICAN GRILL, INC.,
FGNY W34, LLC, BISTRO MARKETPLACE 17 INC.,
DUNKIN BRANDS, INC., WESTSIDE DONUT 34TH
STREET VENTURES LLC, GROUP INDUSTRIES INC.,
AND QCE HOLDING LLC

                      Defendants.
----------------------------------------------------------------x

Docket No. 13-CV-1574
(RA)(RLE)

Electronically Filed

ECF Case

**STIPULATION AND
ORDER OF DISMISSAL AS
AGAINST DEFENDANTS
BISTRO MARKETPLACE
17 INC. AND GROUP
INDUSTRIES INC. ONLY**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, and that no party is an infant or incompetent, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in this action are hereby dismissed with prejudice as against defendants BISTRO MARKETPLACE 17 INC. AND GROUP INDUSTRIES INC. ONLY pursuant to a confidential settlement agreement. Plaintiff is withdrawing any claims arising out of any alleged violations located within the interior of the portion of the premises operated by Bistro Marketplace 17 Inc. and Group Industries Inc.

Dated: October 28, 2013
       New York, New York

PARKER HANSKI LLC

By: _____
Glen Parker, Esq.
Attorneys for Plaintiff
40 Worth Street, 10th Floor
New York, NY 10013
(212) 248-7400
ghp@Parkerhanski.com

STEPHEN LATZMAN, P.C.

By: _____
Stephen Latzman, Esq.
Attorneys for Defendants
Bistro Marketplace 17 Inc. and
Group Industries Inc.
276 Fifth Avenue, Suite 402
New York, New York 10001
t-212-532-3368
f-212-685-5731
slatzman@latzman.com

SO ORDERED:

_____
RONNIE ABRAMS, U.S.D.J
10/30/13