```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOYCE DE LA ROSA

                            Plaintiff,

     v.

SP WEST 33-34 LLC, AMC ENTERTAINMENT INC.
A/K/A LOEWS, CHIPOTLE MEXICAN GRILL, INC.,
FGNY W34, LLC, BISTRO MARKETPLACE 17 INC.,
DUNKIN BRANDS, INC., WESTSIDE DONUT 34TH
STREET VENTURES LLC, GROUP INDUSTRIES INC.,
AND QCE HOLDING LLC

                            Defendants.
-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL OF CROSS CLAIM**

Docket No. 13-CV-1574 (RA)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for defendant SP West 33-34 LLC and defendant Group Industries Inc. that the cross claim of defendant SP West 33-34 LLC against defendant Group Industries Inc. is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: October 24, 2013
       New York, New York

GORDON & REES LLP

By: _____
Christopher A. Seacord (CS 0821)
Attorney for Defendant
SP West 33-34 LLC
90 Broad Street, 23rd Floor
New York, NY 10004
Tel. (212) 269-5500
Fax (212) 269-5505
cseacord@gordonrees.com

STEPHEN LATZMAN, P.C.

By: _____
Stephen Latzman (SL 6462)
Attorneys for Defendant
Group Industries Inc.
276 Fifth Avenue, Suite 402
New York, New York 10001
Tel (212) 532-3368
Fax (212) 685-5731
slatzman@latzman.com

SO ORDERED:

_____
RONNIE ABRAMS, U.S.D.J

10/30/13

# STEPHEN LATZMAN, P.C.
### ATTORNEY AT LAW

276 Fifth Avenue, Suite 402
New York, New York 10001
slatzman@latzman.com

TELEPHONE
(212) 532-3368

FACSIMILE
(212) 685-5731

Via ECF

October 28, 2013

Hon. Ronnie Abrams
United States District Judge
40 Foley Square
New York, NY 10007

Re: De La Rosa v. SP West 33-34 LLC, et al.
Docket No. 13-Cv-1574(RA)

Dear Judge Abrams:

I represent defendants Bistro Market Place 17, Inc and Group Industries, Inc. in the referenced action. Plaintiff's claims and defendant SP West 33-34 LLC's cross-claims against my clients have been settled. Enclosed are Stipulations of Dismissal to be *So-Ordered*. Thank you for your attention to these matters.

Respectfully submitted,

Stephen Latzman

SL: cw
enclosures

cc: All counsel
(via ECF)